

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00328-CR

The **STATE** of Texas,
Appellant

v.

Matthew **MURRAY**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11683
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings.

SIGNED February 11, 2015.

_____
Karen Angelini, Justice